UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PETER PALAZZOLO,

                Plaintiff,                18 **CIVIL** 1097 (VSB)

    -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 17, 2023, the Court has reviewed Judge Cott's thorough and well-reasoned Report for clear error and, after careful review, found none. The Report is ADOPTED and the motion is granted and plaintiff's counsel is awarded $13,436.83 in attorney's fees.

**Dated:**  New York, New York
         April 17, 2023

                                      **RUBY J. KRAJICK**

                                      _____
                                        **Clerk of Court**

                      **BY:**    K. Mango

                                        _____
                                        **Deputy Clerk**